# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JAMES A. JONES,

           Plaintiff,

vs.

ECOLAB, INC.,

           Defendant.

2:13-cv-02259-GMN-CWH

**MINUTE ORDER**

Before the Court is Plaintiff's counsel's Request to Attend Status Hearing Regarding ENE on May 9, 2014 at 10:00 a.m. by Telephone (#26).

IT IS HEREBY ORDERED that Plaintiff's counsel's Request to Attend Status Hearing Regarding ENE on May 9, 2014 at 10:00 a.m. by Telephone (#26) is GRANTED.

The call in conference number is 1-702-868-4911, passcode 123456.  Counsel must call in from a land line.

DATED this 29th day of April, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE