# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

JAMES A. JONES,

               Plaintiff,

vs.

ECOLAB, INC.,

               Defendant.

2:13-cv-02259-GMN-CWH

**MINUTE ORDER**

     Before the Court is Plaintiff's counsel's Request to Attend Status Hearing Regarding ENE on May 9, 2014 at 10:00 a.m. by Telephone (#28).

     IT IS HEREBY ORDERED that Defendant's counsel's Request to Attend Status Hearing Regarding ENE on May 9, 2014 at 10:00 a.m. by Telephone (#28) is GRANTED.

     The call in conference number is 1-702-868-4911, passcode 123456.  Counsel must call in from a land line.

     DATED this 5th day of May, 2014.

                                                           CAM FERENBACH
                                                           UNITED STATES MAGISTRATE JUDGE